**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10328 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00190-MCE-1 |
| v. | |
| SHANNTAYE EBONY HICKS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Morrison C. England, Jr., Chief District Judge, Presiding

Submitted March 3, 2016[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Shanntaye Ebony Hicks appeals from the district court's judgment and

challenges her guilty-plea convictions and 292-month concurrent sentences for two

counts of transportation of a minor, in violation of 18 U.S.C. § 2423(a).  Pursuant

to *Anders v. California,* 386 U.S. 738 (1967), Hicks's counsel has filed a brief

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Hicks the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Hicks has waived the right to appeal her convictions and sentences.  Because the record discloses no arguable issue as to the validity of the waiver, we dismiss Hicks's appeal.  *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED**.